**The document below is signed with the title changed to MEMORANDUM DECISION AND ORDER STRIKING AMENDED VOLUNTARY PETITION.  The document is not intended for publication in West's Bankruptcy Reporter.  Dated: May 6, 2009.**



**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
CECELIA A. JEROME,                 )   Case No. 09-00183
                                   )   (Chapter 13)
            Debtor.                )
```

### ORDER STRIKING AMENDED VOLUNTARY PETITION

The debtor has filed an amended voluntary petition purporting to add Jerry Jerome as a joint debtor in the above-captioned bankruptcy case (Docket Entry ("DE") No. 29).  A debtor may not amend her voluntary petition to add her spouse as an additional debtor.  See <u>Olson-Ioane v. Derham-Burk (In re Olson)</u>, 253 B.R. 73 (B.A.P. 9th Cir. 2000).  It is thus

ORDERED that the amended petition (DE No. 29) is STRICKEN, and the clerk is directed to cause the docket to reflect that only the original debtor is a debtor in this case.

                              [Signed and dated above.]


Copies to: All entities on the BNC mailing list.